**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

ELIZABETH GREEN                                CIVIL ACTION NO: 3:19CV50
     Plaintiff,

     v.

JOSHUA TRANSPORTATION, LLC AND        Date:  January 10, 2019
MARCELO ZAPATA,

     Defendants.

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the defendants, Joshua Transportation, LLC and Marcelo Zapata, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.     On December 12, 2018, Ingrid Paredes on behalf of the defendant, Joshua Transportation, LLC, received a copy of the Summons and Complaint via certified mail for this matter. (See Affidavit of Ingrid Parades attached as Exhibit A.) On December 18, 2018, Ingrid Paredes on behalf of the defendant, Marcelo Zapata, received a copy of the Summons and Complaint via certified mail for this matter. (See Affidavit of Ingrid Parades attached as Exhibit A.) On December 10, 2018, the Complaint and Summons for this matter were filed in the Superior Court for the Judicial District of Fairfield at Bridgeport entitled: Elizabeth Green v. Joshua Transportation, LLC, et al, with docket number FST-CV-18-6081512-S (hereinafter "State Action") returnable December 25, 2018, a copy of which, along with the Return of

1

Service and Supplemental Return of Service, is attached hereto as <u>Exhibit B.</u>  The plaintiff filed with the court the Return of Service[1] on December 10, 2018 indicating that a true and attested copy of the Summons and Complaint was left at the Commissioner of Motor Vehicles for the State of Connecticut at least 12 days before the session of the Court to which this writ is returnable and afterwards a true and attested copy of the within original writ, summons, complaint and amount in demand was deposited in the post office, postage prepaid, certified mail, return receipt requested to Joshua Transportation, LLC and Marcelo Zapata, both with an address of 7211 Royal Fern Circle, Apt 304, Manassas, VA 20111.  The plaintiff filed a supplemental return on December 21, 2018 verifying that on December 17, 2018 the marshal received the certified green card return receipt #7017 1000 0000 2875 1263 addressed to Joshua Transportation, LLC from the U.S. Postal Service.  The return of service and supplemental return of service do not indicate the date defendants received the Summons and Complaint.

2.      In the Complaint, the Plaintiff alleges in the First Count negligence against Marcello Zapata for the manner in which he was operating his motor vehicle and negligence against Joshua Transportation, LLC for vicarious liability.  The plaintiff further alleges in the Second Count recklessness against Marcello Zapata.  These allegations of negligence/recklessness arise out of an alleged automobile accident occurring on or about August 28, 2018 on I-95 in Milford, Connecticut.

---

[1] The Return of Service is dated December 3, 2018.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, SUITE 403, 107 ELM STREET • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

3.     This action involves citizens of different states.   At all times relevant, the Plaintiff is a resident of the City of Bridgeport, State of Connecticut. · (See Exhibit B, Summons).

4.     The defendant, Joshua Transportation, LLC, is a foreign limited liability company formed in the State of Virginia with a principal business address located at 9723 Lomond Drive, Manassas, VA 20109 former located at 7211 Royal Fern Circle, Apt 304 Manassas, VA 20111 and the defendant, Marcelo Zapata, is a resident of Manassas, VA. (See Exhibit A, Affidavit of Ingrid Paredes, and Exhibit B, Summons).   Attorney Gina M. Hall has filed a notice of appearance on behalf of Joshua Transportation, LLC and Marcelo Zapata, a copy of which is attached hereto as Exhibit C.

5.     Upon information and belief, and based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is likely in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.   The Plaintiff's Complaint alleges that the defendant, Marcelo Zapata, while operating a motor vehicle in the left hand lane of I-95 in Milford, Connecticut struck plaintiff's vehicle which was travelling in the center lane of I-95 causing plaintiff to sustain injuries which are serious, painful and permanent in nature including an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.   (Exhibit B, Complaint, First Count, Paragraphs 2, 4 and 5.)   The complaint also alleges plaintiff incurred expenses for medical care and attention and may continue to do so in the future.   (Exhibit B, Complaint, First Count, Paragraph 6.)   The complaint further alleges plaintiff sustained a loss of earnings to her financial detriment.

3

(Exhibit B, Complaint, First Count, Paragraph 7.)  The complaint further alleges that plaintiff's ability to enjoy and carryout life's activities has been impaired. (Exhibit B, Complaint, First Count, Paragraph 8.)  The complaint further alleges recklessness as to Defendant Marcelo Zapata wherein plaintiff is seeking double or treble damages pursuant to Connecticut General Statute section 14-295.  (Exhibit B, Complaint, Second Count, Paragraph 8 and Amount in Demand.)

6.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the place of formation and principal place of business of the limited liability company, Joshua Transportation, LLC, and the citizenship of the individual defendant, Marcelo Zapata, are wholly diverse from the citizenship of the Plaintiff; and (2) the amount in controversy, exclusive of interest and costs, likely exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the defendants, Joshua Transportation, LLC and Marcelo Zapata, of the Summons and Complaint setting forth the claims for relief upon which the action is based.

8.      The Defendants have complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, SUITE 403, 107 ELM STREET • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

9.      The Superior Court for the Judicial District of Fairfield at Bridgeport is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

10.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit D.

WHEREFORE, the Defendants respectfully remove this action from the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

> DEFENDANTS,
> JOSHUA TRANSPORTATION, LLC AND
> MARCELO ZAPATA
>
> By:   /s/ *Gina M. Hall*
> _____
> Gina M. Hall
> ghall@morrisonmahoney.com
> ct26885
> Morrison Mahoney LLP
> One Constitution Plaza, 10th Floor
> Hartford, CT 06103-1810
> Phone:    860-616-4441
> Fax:       860-244-3800

5

CERTIFICATION

I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing was further served by U.S. Mail, postage pre-paid, to:

*Counsel for Plaintiff*
Attorney Joseph DeLucia
DeLucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

/s/ *Gina M. Hall*
Gina M. Hall  (CT26885)

6

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

ELIZABETH GREEN                                    CIVIL ACTION NO: CASENUMBER
     Plaintiff,

     v.

JOSHUA TRANSPORTATION, LLC AND          Date:  January 8, 2019
MARCELO ZAPATA,

     Defendants.

## AFFIDAVIT

I, Ingrid Paredes, have personal knowledge of the facts contained herein;

1.    I am over the age of 18 and I understand the obligations of an oath;

2.    I am the wife of Marcelo Zapata and co-owner of Joshua Transportation, LLC;

3.    Marcelo Zapata is a co-owner of Joshua Transportation, LLC;

4.    Joshua Transportation LLC was formed in the State of Virginia and has a principal place of business located at 9723 Lomond Drive, Manassas, VA 20109 formerly located at 7211 Royal Fern Circle, Apt 304, Manassas, VA 20111;

5.    I picked-up/received a certified mail envelope at the U.S. Post Office in Manassas, VA addressed to Joshua Transportation, LLC, tracking number 70171000000028751263, on December 12, 2018 which contained a Summons and Complaint entitled Elizabeth Green v. Joshua Transportation, LLC and Marcelo Zapata.  (See attached notice from the U.S. Postal Service marked as Exhibit A.);

6.    I also picked-up/received a certified mail envelope at the U.S. Postal Office in Manassas, VA addressed to Marcelo Zapata, tracking number 70171000000028750006, on December 18, 2018 on Marcelo Zapata's behalf which contained a Summons and Complaint entitled Elizabeth Green v. Joshua Transportation, LLC and Marcelo Zapata.  (See attached notice from the U.S. Postal Service marked as Exhibit A.);

1

7.     The information contained in this Affidavit is true and accurate to the best of my knowledge and belief.

By: _____ Ingrid Paredes
        Ingrid Paredes

Subscribed and sworn to before me this _09_ day of January, 2019.

_____
Mariya S. Cruz
Notary Public
My Commission Expires on _07/31/2022_

MARIYA SLAVEYKOVA CRUZ
NOTARY PUBLIC
REG. 67774312
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2022

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, SUITE 403, 107 ELM STREET • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

# EXHIBIT A





# EXHIBIT B

**SUMMONS - CIVIL**
JD-CV-1   Rev. 6-11
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

*See page 2 for instructions*

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 1061 MAIN STREET, BRIDGEPORT, CT  06604 | ( 203  )579-6527 | DECEMBER | 25 | , 2 018 |
| | | Month | Day | Year |

| ☒ Judicial District | G.A. | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | FAIRFIELD AT BRIDGEPORT | Major: V   Minor: 01 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented  *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| DE LUCIA & LEVINE, LLC, 1875 PARK AVENUE, BRIDGEPORT, CT  06604 | 423900 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203 )  331-1900 | |

| Number of Plaintiffs:  1 | Number of Defendants:  2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:   GREEN, ELIZABETH<br>Address: 262 GODDARD AVENUE, BRIDGEPORT, CT  06610 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name:   JOSHUA TRANSPORTATION, LLC<br>Address: 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA  20111 | D-50 |
| Additional Defendant | Name:   ZAPATA, MARCELO<br>Address: 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA  20111 | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>JOSEPH DE LUCIA | Date signed<br>12/03/2018 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| V.T. INTELISANO, 1875 PARK AVENUE, BRIDGEPORT, CT  06604 |

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>12/03/2018 | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| RET. 4TH TUESDAY, DECEMBER, 2018 | : | SUPERIOR COURT |
| ELIZABETH GREEN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| JOSHUA TRANSPORTATION, LLC AND MARCELO ZAPATA | : | DECEMBER 3, 2018 |

## COMPLAINT

FIRST COUNT:

1.      On or about August 28, 2018 at approximately 10:48 p.m., the Plaintiff, Elizabeth Green, was the operator of a motor vehicle which was proceeding south in the center lane of travel on Interstate 95, a public highway, in Milford, Connecticut.

2.      At that time, the Defendant, Joshua Transportation, LLC, was the owner of a motor vehicle operated by the Defendant, Marcelo Zapata, which was proceeding south in the left lane of travel also on Interstate 95 in Milford, Connecticut.

3.      At all times mentioned herein, the Defendant, Marcelo Zapata, was the agent, servant, and/or employee of the Defendant, Joshua Transportation, LLC, and he was acting within the course and  scope of his agency and/or employment.

4.      As the Plaintiff's vehicle was proceeding south in the center lane of travel, it was struck on the left side by the vehicle operated by the Defendant, Marcelo Zapata, which entered the center lane of travel from the left lane of travel.

5.      As a result thereof, the Plaintiff, Elizabeth Green, suffered injuries of a serious, painful and permanent nature in that she sustained an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.

6.      As a result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

7.      In addition, the Plaintiff sustained a loss of earnings to her financial detriment.

8.      Furthermore, the Plaintiff's ability to enjoy and carryout life's activities has been impaired.

9.      The injuries and damages suffered by the Plaintiff were a result of the negligence and carelessness of the Defendants acting through the Defendant, Marcelo Zapata, in that he failed to keep his vehicle under proper control; in that he failed to keep a proper lookout; in that he failed to stop and/or turn his motor vehicle in time to avoid a collision; in that he failed to sound his

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

horn or give any timely signal or warning of his approach; in that he operated his vehicle at an unreasonable, improper and excessive rate of speed in violation of §14-218a of the Connecticut General Statutes; in that he made an unsafe lane change in violation of §14-236 of the Connecticut General Statutes; and in that he failed to brake in a timely manner.

## SECOND COUNT:

1.     On or about August 28, 2018 at approximately 10:48 p.m., the Plaintiff, Elizabeth Green, was the operator of a motor vehicle which was proceeding south in the center lane of travel on Interstate 95, a public highway, in Milford, Connecticut.

2.     At that time, the Defendant, Marcelo Zapata, was the operator of a motor vehicle which was proceeding south in the left lane of travel also on Interstate 95 in Milford, Connecticut.

3.     As the Plaintiff's vehicle was proceeding south in the center lane of travel, it was struck on the left side by the vehicle operated by the Defendant, Marcelo Zapata, which entered the center lane of travel from the left lane of travel.

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

4.      As a result thereof, the Plaintiff, Elizabeth Green, suffered injuries of a serious, painful and permanent nature in that she sustained an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.

5.      As a result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

6.      In addition, the Plaintiff sustained a loss of earnings to her financial detriment.

7.      Furthermore, the Plaintiff's ability to enjoy and carryout life's activities has been impaired.

8.      The injuries and damages suffered by the Plaintiff were a result of the recklessness of the Defendant, Marcelo Zapata, in that he   deliberately and/or with reckless disregard, operated said vehicle at an unreasonable, improper and excessive rate of speed having regard to the curves, width, traffic and use of said highway and the intersection of said streets and the weather conditions then and there existing in violation of §14-218a of the Connecticut General Statutes which was a substantial factor in causing the Plaintiff's injuries.

Wherefore, the Plaintiff claims monetary damages within the jurisdiction of the Court.

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

THE PLAINTIFF

By_____
JOSEPH DE LUCIA
DE LUCIA & LEVINE, LLC
1875 Park Avenue
Bridgeport, CT  06604
(203) 331-1900
Juris No. 423900

| | | |
|---|---|---|
| RET. 4TH TUESDAY, DECEMBER, 2018 | : | SUPERIOR COURT |
| ELIZABETH GREEN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| JOSHUA TRANSPORTATION, LLC<br>AND MARCELO ZAPATA | : | DECEMBER 3, 2018 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND

AND NO/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

The Plaintiff claims double or treble damages pursuant to Connecticut

General Statutes §14-295 as to the Defendant, Marcelo Zapata, only.

THE PLAINTIFF

By_____

JOSEPH DE LUCIA
DE LUCIA & LEVINE, LLC
1875 Park Avenue
Bridgeport, CT  06604
(203) 331-1900
Juris No. 423900

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
               : SS. WETHERSFIELD        DECEMBER 3, 2018
COUNTY OF HARTFORD :

      Then and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **JOSHUA TRANSPORTATION, LLC**, by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

      And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **MARCELO ZAPATA**, by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **JOSHUA TRANSPORTATION, LLC, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111.**

SUPPLEMENTAL RETURN TO FOLLOW

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **MARCELO ZAPATA, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111.**

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

_____
JOHN A. LEPITO, JR.
STATE MARSHAL
HARTFORD COUNTY

FEES:
SERVICE:            $ 60.00
TRAVEL:                9.00
PAGES:                28.00
DMV:                  40.00
POSTAGE:              22.00
ENDORSEMENTS:   5.20

TOTAL:             $164.20

2

## SUPPLEMENTAL RETURN

RETURN DATE:  DECEMBER 25, 2018    : SUPERIOR COURT

GREEN, ELIZABETH    : JD OF FAIRFIELD

VS.    : AT BRIDGEPORT

JOSHUA TRANSPORTATION, LLC    : DECEMBER 3, 2018
ZAPATA, MARCELO

And afterwards, on the 17th day of December, 2018, I received the annexed certified green card return receipt 7017 1000 0000 2875 1263 addressed to JOSHUA TRANSPORTATION, LLC, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111 from the U.S. Postal Service.

ATTEST:

JOHN A. LEPITO, JR.
STATE MARSHAL
HARTFORD COUNTY

USPS TRACKING #



9590 9402 4423 8248 7358 26

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box●

State Marshal's Office
69 Walnut Street
P.O. Box 305
New Britain, CT 06050-0305
**PLEASE RETURN AFTER 7 DAYS**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

50-030505

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Transportation, LLC
7211 Royal Fern Circle, Apt. 304
Manassas, VA 20111

9590 9402 4421 8248 7358 26

2. Article Number (Transfer from service label)

7017 1000 0000 2875 1263

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Ingrid Paredes

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT C

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

## STATE OF CONNECTICUT
## SUPERIOR COURT
*www.jud.ct.gov*

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
|---|
| **Dec-25-2018** |
| Docket number |
| **FBT-CV-18-6081512-S** |

Name of case *(Full name of Plaintiff vs. Full name of Defendant)*

**GREEN, ELIZABETH  v. JOSHUA TRANSPORTATION, LLC Et Al**

| ☒ | ☐ | ☐ | ☐ | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| Judicial District | Housing Session | Small Claims | Geographic Area number | **1061 MAIN STREET BRIDGEPORT, CT 06604** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| **MORRISON MAHONEY LLP** | **404459** |

| Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **ONE CONSTITUTION PLAZA 10TH FLOOR** | | **860-616-4441** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **HARTFORD** | **CT** | **06103** | **860-244-3800** | **ghall@morrisonmahoney.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☒ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ **414750** | **GINA MARIE HALL** | **Dec 21 2018** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 21 2018**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **DELUCIA & LEVINE LLC - 1875 PARK AVENUE/BRIDGEPORT, CT 06604** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ **414750** | **GINA MARIE HALL** | **Dec 21 2018** | **860-616-4441** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for FBT-CV-18-6081512-S

Submitted By MORRISON MAHONEY LLP (404459)

Additional Party(ies) (Continued from JDCL12)

For these party(ies)

Pty# D-01 JOSHUA TRANSPORTATION, LLC

Pty# D-02 MARCELO ZAPATA

***** End of Party List *****

# EXHIBIT D

| | | |
|---|---|---|
| DOCKET NO.: FBT-CV18-6081512-S | : | SUPERIOR COURT |
| ELIZABETH GREEN | : | JUDICIAL DISTRICT OF FAIRFIELD |
| v. | : | AT BRIDGEPORT |
| JOSHUA TRANSPORTATION, LLC & MARCELO ZAPATA | : | JANUARY 10, 2019 |

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendants, Joshua Transportation, LLC and Marcelo Zapata, hereby provides notice that they have filed a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

DEFENDANTS,
JOSHUA TRANSPORTATION, LLC AND
MARCELO ZAPATA

By:  /s/ Gina M. Hall
Gina M. Hall 414750
ghall@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810
Phone:   860-616-4441
Fax:   860-244-3800

MORRISON MAHONEY LLP · COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810
860-616-4441 · JURIS NO. 404459

1426493v.1

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the above was mailed or electronically delivered on this 10th day of January, 2019 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served:

Joseph DeLucia
DeLucia & Levine LLC
1875 Park Avenue
Bridgeport, CT  06604
203-331-1900
*Counsel for Plaintiff*

/s/Gina M. Hall (#414750)
Gina M. Hall

**MORRISON MAHONEY LLP• COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103-1810**
**860-616-4441• JURIS NO. 404459**

1426493v.1

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

ELIZABETH GREEN
    Plaintiff,

CIVIL ACTION NO: CASENUMBER

    v.

JOSHUA TRANSPORTATION, LLC AND
MARCELO ZAPATA,

Date:  January 10, 2019

    Defendants.

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the defendants, Joshua Transportation, LLC and Marcelo Zapata, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.    On December 12, 2018, Ingrid Paredes on behalf of the defendant, Joshua Transportation, LLC, received a copy of the Summons and Complaint via certified mail for this matter. (See Affidavit of Ingrid Parades attached as Exhibit A.) On December 18, 2018, Ingrid Paredes on behalf of the defendant, Marcelo Zapata, received a copy of the Summons and Complaint via certified mail for this matter. (See Affidavit of Ingrid Parades attached as Exhibit A.) On December 10, 2018, the Complaint and Summons for this matter were filed in the Superior Court for the Judicial District of Fairfield at Bridgeport entitled: Elizabeth Green v. Joshua Transportation, LLC, et al, with docket number FST-CV-18-6081512-S (hereinafter "State Action") returnable December 25, 2018, a copy of which, along with the Return of

1

Service and Supplemental Return of Service, is attached hereto as <u>Exhibit B.</u> The plaintiff filed with the court the Return of Service[1] on December 10, 2018 indicating that a true and attested copy of the Summons and Complaint was left at the Commissioner of Motor Vehicles for the State of Connecticut at least 12 days before the session of the Court to which this writ is returnable and afterwards a true and attested copy of the within original writ, summons, complaint and amount in demand was deposited in the post office, postage prepaid, certified mail, return receipt requested to Joshua Transportation, LLC and Marcelo Zapata, both with an address of 7211 Royal Fern Circle, Apt 304, Manassas, VA 20111. The plaintiff filed a supplemental return on December 21, 2018 verifying that on December 17, 2018 the marshal received the certified green card return receipt #7017 1000 0000 2875 1263 addressed to Joshua Transportation, LLC from the U.S. Postal Service. The return of service and supplemental return of service do not indicate the date defendants received the Summons and Complaint.

      2.      In the Complaint, the Plaintiff alleges in the First Count negligence against Marcello Zapata for the manner in which he was operating his motor vehicle and negligence against Joshua Transportation, LLC for vicarious liability. The plaintiff further alleges in the Second Count recklessness against Marcello Zapata. These allegations of negligence/recklessness arise out of an alleged automobile accident occurring on or about August 28, 2018 on I-95 in Milford, Connecticut.

---

[1] The Return of Service is dated December 3, 2018.

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, SUITE 403, 107 ELM STREET • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

3.      This action involves citizens of different states.   At all times relevant, the Plaintiff is a resident of the City of Bridgeport, State of Connecticut.   (See Exhibit B, Summons).

4.      The defendant, Joshua Transportation, LLC, is a foreign limited liability company formed in the State of Virginia with a principal business address located at 9723 Lomond Drive, Manassas, VA 20109 former located at 7211 Royal Fern Circle, Apt 304 Manassas, VA 20111 and the defendant, Marcelo Zapata, is a resident of Manassas, VA. (See Exhibit A, Affidavit of Ingrid Paredes, and Exhibit B, Summons).   Attorney Gina M. Hall has filed a notice of appearance on behalf of Joshua Transportation, LLC and Marcelo Zapata, a copy of which is attached hereto as Exhibit C.

5.      Upon information and belief, and based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is likely in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.   The Plaintiff's Complaint alleges that the defendant, Marcelo Zapata, while operating a motor vehicle in the left hand lane of I-95 in Milford, Connecticut struck plaintiff's vehicle which was travelling in the center lane of I-95 causing plaintiff to sustain injuries which are serious, painful and permanent in nature including an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.   (Exhibit B, Complaint, First Count, Paragraphs 2, 4 and 5.)   The complaint also alleges plaintiff incurred expenses for medical care and attention and may continue to do so in the future.   (Exhibit B, Complaint, First Count, Paragraph 6.)   The complaint further alleges plaintiff sustained a loss of earnings to her financial detriment.

3

(Exhibit B, Complaint, First Count, Paragraph 7.)  The complaint further alleges that plaintiff's ability to enjoy and carryout life's activities has been impaired.  (Exhibit B, Complaint, First Count, Paragraph 8.)   The complaint further alleges recklessness as to Defendant Marcelo Zapata wherein plaintiff is seeking double or treble damages pursuant to Connecticut General Statute section 14-295.   (Exhibit B, Complaint, Second Count, Paragraph 8 and Amount in Demand.)

6.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the place of formation and principal place of business of the limited liability company, Joshua Transportation, LLC, and the citizenship of the individual defendant, Marcelo Zapata, are wholly diverse from the citizenship of the Plaintiff; and (2) the amount in controversy, exclusive of interest and costs, likely exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the defendants, Joshua Transportation, LLC and Marcelo Zapata, of the Summons and Complaint setting forth the claims for relief upon which the action is based.

8.      The Defendants have complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

4

9.     The Superior Court for the Judicial District of Fairfield at Bridgeport is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

10.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit D.

WHEREFORE, the Defendants respectfully remove this action from the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

DEFENDANTS,
JOSHUA TRANSPORTATION, LLC AND
MARCELO ZAPATA

By:   /s/ Gina M. Hall
      Gina M. Hall
      ghall@morrisonmahoney.com
      ct26885
      Morrison Mahoney LLP
      One Constitution Plaza, 10th Floor
      Hartford, CT 06103-1810
      Phone:   860-616-4441
      Fax:      860-244-3800

5

CERTIFICATION

I hereby certify that on this same date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

The foregoing was further served by U.S. Mail, postage pre-paid, to:

*Counsel for Plaintiff*
Attorney Joseph DeLucia
DeLucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

                                        /s/ *Gina M. Hall*
                                        Gina M. Hall  (CT26885)

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, SUITE 403, 107 ELM STREET • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

ELIZABETH GREEN                                    CIVIL ACTION NO: CASENUMBER
    Plaintiff,

       v.

JOSHUA TRANSPORTATION, LLC AND          Date:  January 8, 2019
MARCELO ZAPATA,

    Defendants.

**<u>AFFIDAVIT</u>**

I, Ingrid Paredes, have personal knowledge of the facts contained herein;

1.     I am over the age of 18 and I understand the obligations of an oath;

2.     I am the wife of Marcelo Zapata and co-owner of Joshua Transportation, LLC;

3.     Marcelo Zapata is a co-owner of Joshua Transportation, LLC;

4.     Joshua Transportation LLC was formed in the State of Virginia and has a principal place of business located at 9723 Lomond Drive, Manassas, VA 20109 formerly located at 7211 Royal Fern Circle, Apt 304, Manassas, VA 20111;

5.     I picked-up/received a certified mail envelope at the U.S. Post Office in Manassas, VA addressed to Joshua Transportation, LLC, tracking number 70171000000028751263, on <u>December 12, 2018</u> which contained a Summons and Complaint entitled <u>Elizabeth Green v. Joshua Transportation, LLC and Marcelo Zapata</u>.  (See attached notice from the U.S. Postal Service marked as <u>Exhibit A</u>.);

6.     I also picked-up/received a certified mail envelope at the U.S. Postal Office in Manassas, VA addressed to Marcelo Zapata, tracking number 70171000000028750006, on <u>December 18, 2018</u> on Marcelo Zapata's behalf which contained a Summons and Complaint entitled <u>Elizabeth Green v. Joshua Transportation, LLC and Marcelo Zapata</u>.  (See attached notice from the U.S. Postal Service marked as <u>Exhibit A</u>.);

1

7.    The information contained in this Affidavit is true and accurate to the best of my knowledge and belief.

By: _____ Ingrid Paredes
            Ingrid Paredes

Subscribed and sworn to before me this _09_ day of January, 2019.

_____
Mariya S. Cruz
Notary Public
My Commission Expires on 07/31/2022

MARIYA SLAVEYKOVA CRUZ
NOTARY PUBLIC
REG. #7774312
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2022

2

# EXHIBIT A



.ıll LTE

🔒 usps.com   ↻



☰

Add a tracking number



70171000000028751263

**Delivered:**
MANASSAS, VA 20111 on
December 12, 2018 at 5:00 pm

✖



70171000000028750006

**Delivered:**
MANASSAS, VA 20111 on
December 18, 2018 at 12:39...

✖

UPDATED 1/7/2019 1:10 PM

   

# EXHIBIT B

**SUMMONS - CIVIL**
JD-CV-1   Rev. 6-11
C.G.S. §§ 51-346, 51-347, 51-349, 61-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**See page 2 for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 1061 MAIN STREET, BRIDGEPORT, CT  06604 | ( 203  )579-6527 | DECEMBER | 25 | 2 018 |
| | | Month | Day | Year |

| | | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☒ Judicial District | G.A. | FAIRFIELD AT BRIDGEPORT | Major: **V** | Minor: **01** |
| ☐ Housing Session | Number: | | | |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| DE LUCIA & LEVINE, LLC, 1875 PARK AVENUE, BRIDGEPORT, CT  06604 | 423900 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203  ) 331-1900 | |

| Number of Plaintiffs:  1 | Number of Defendants:  2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name:  **GREEN, ELIZABETH**  Address: **262 GODDARD AVENUE, BRIDGEPORT, CT  06610** | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name:  **JOSHUA TRANSPORTATION, LLC**  Address: **7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA  20111** | D-50 |
| Additional Defendant | Name:  **ZAPATA, MARCELO**  Address: **7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA  20111** | D-51 |
| Additional Defendant | Name:  Address: | D-52 |
| Additional Defendant | Name:  Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address or at  www.jud.ct.gov  under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at  www.jud.ct.gov  under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court Assistant Clerk | Name of Person Signing at Left **JOSEPH DE LUCIA** | Date signed **12/03/2018** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | *For Court Use Only* |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.  c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|
| Name and address of person recognized to prosecute in the amount of $250 | | |
| V.T. INTELISANO, 1875 PARK AVENUE, BRIDGEPORT, CT  06604 | | |

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court Assistant Clerk | Date **12/03/2018** | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| RET. 4TH TUESDAY, DECEMBER, 2018 | : | SUPERIOR COURT |
|---|---|---|
| ELIZABETH GREEN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| JOSHUA TRANSPORTATION, LLC | : | |
| AND MARCELO ZAPATA | : | DECEMBER 3, 2018 |

## COMPLAINT

FIRST COUNT:

1.      On or about August 28, 2018 at approximately 10:48 p.m., the Plaintiff, Elizabeth Green, was the operator of a motor vehicle which was proceeding south in the center lane of travel on Interstate 95, a public highway, in Milford, Connecticut.

2.      At that time, the Defendant, Joshua Transportation, LLC, was the owner of a motor vehicle operated by the Defendant, Marcelo Zapata, which was proceeding south in the left lane of travel also on Interstate 95 in Milford, Connecticut.

3.      At all times mentioned herein, the Defendant, Marcelo Zapata, was the agent, servant, and/or employee of the Defendant, Joshua Transportation, LLC, and he was acting within the course and  scope of his agency and/or employment.

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

4.      As the Plaintiff's vehicle was proceeding south in the center lane of travel, it was struck on the left side by the vehicle operated by the Defendant, Marcelo Zapata, which entered the center lane of travel from the left lane of travel.

5.      As a result thereof, the Plaintiff, Elizabeth Green, suffered injuries of a serious, painful and permanent nature in that she sustained an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.

6.      As a result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

7.      In addition, the Plaintiff sustained a loss of earnings to her financial detriment.

8.      Furthermore, the Plaintiff's ability to enjoy and carryout life's activities has been impaired.

9.      The injuries and damages suffered by the Plaintiff were a result of the negligence and carelessness of the Defendants acting through the Defendant, Marcelo Zapata, in that he failed to keep his vehicle under proper control; in that he failed to keep a proper lookout; in that he failed to stop and/or turn his motor vehicle in time to avoid a collision; in that he failed to sound his

horn or give any timely signal or warning of his approach; in that he operated his vehicle at an unreasonable, improper and excessive rate of speed in violation of §14-218a of the Connecticut General Statutes; in that he made an unsafe lane change in violation of §14-236 of the Connecticut General Statutes; and in that he failed to brake in a timely manner.

### SECOND COUNT:

1.      On or about August 28, 2018 at approximately 10:48 p.m., the Plaintiff, Elizabeth Green, was the operator of a motor vehicle which was proceeding south in the center lane of travel on Interstate 95, a public highway, in Milford, Connecticut.

2.      At that time, the Defendant, Marcelo Zapata, was the operator of a motor vehicle which was proceeding south in the left lane of travel also on Interstate 95 in Milford, Connecticut.

3.      As the Plaintiff's vehicle was proceeding south in the center lane of travel, it was struck on the left side by the vehicle operated by the Defendant, Marcelo Zapata, which entered the center lane of travel from the left lane of travel.

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

4.      As a result thereof, the Plaintiff, Elizabeth Green, suffered injuries of a serious, painful and permanent nature in that she sustained an acute musculoligamentous strain of the cervical and lumbosacral spine; anxiety and a general shock to her nervous system.

5.      As a result, the Plaintiff incurred expenses for medical care and attention and may continue to do so in the future.

6.      In addition, the Plaintiff sustained a loss of earnings to her financial detriment.

7.      Furthermore, the Plaintiff's ability to enjoy and carryout life's activities has been impaired.

8.      The injuries and damages suffered by the Plaintiff were a result of the recklessness of the Defendant, Marcelo Zapata, in that he  deliberately and/or with reckless disregard, operated said vehicle at an unreasonable, improper and excessive rate of speed having regard to the curves, width, traffic and use of said highway and the intersection of said streets and the weather conditions then and there existing in violation of §14-218a of the Connecticut General Statutes which was a substantial factor in causing the Plaintiff's injuries.

Wherefore, the Plaintiff claims monetary damages within the jurisdiction of the Court.

De Lucia & Levine, LLC
1875 Park Avenue
Bridgeport, CT 06604

Phone: (203) 331-1900

Juris #423900

THE PLAINTIFF

By_____

JOSEPH DE LUCIA
DE LUCIA & LEVINE, LLC
1875 Park Avenue
Bridgeport, CT  06604
(203) 331-1900
Juris No. 423900

| RET. 4TH TUESDAY, DECEMBER, 2018 | : | SUPERIOR COURT |
| ELIZABETH GREEN | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| JOSHUA TRANSPORTATION, LLC AND MARCELO ZAPATA | : | DECEMBER 3, 2018 |

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND

AND NO/100 ($15,000.00) DOLLARS or more exclusive of interest and costs.

The Plaintiff claims double or treble damages pursuant to Connecticut

General Statutes §14-295 as to the Defendant, Marcelo Zapata, only.

THE PLAINTIFF

By_____

JOSEPH DE LUCIA
DE LUCIA & LEVINE, LLC
1875 Park Avenue
Bridgeport, CT  06604
(203) 331-1900
Juris No. 423900

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                :  SS. WETHERSFIELD       DECEMBER 3, 2018
COUNTY OF HARTFORD :

      Then and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **JOSHUA TRANSPORTATION, LLC**, by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

      And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **MARCELO ZAPATA**, by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

1

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **JOSHUA TRANSPORTATION, LLC, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111.**

SUPPLEMENTAL RETURN TO FOLLOW

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **MARCELO ZAPATA, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111.**

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

_____
JOHN A. LEPITO, JR.
STATE MARSHAL
HARTFORD COUNTY

FEES:
SERVICE:           $  60.00
TRAVEL:                9.00
PAGES:                28.00
DMV:                  40.00
POSTAGE:              22.00
ENDORSEMENTS:   ___5.20

TOTAL:            $164.20

2

## SUPPLEMENTAL RETURN

RETURN DATE:  DECEMBER 25, 2018          : SUPERIOR COURT

GREEN, ELIZABETH                               : JD OF FAIRFIELD

VS.                                                       :  AT BRIDGEPORT

JOSHUA TRANSPORTATION, LLC            : DECEMBER 3, 2018
ZAPATA, MARCELO

And afterwards, on the 17th day of December, 2018, I received the annexed certified green card return receipt 7017 1000 0000 2875 1263 addressed to JOSHUA TRANSPORTATION, LLC, 7211 ROYAL FERN CIRCLE, APT. 304, MANASSAS, VA 20111 from the U.S. Postal Service.

ATTEST:

JOHN A. LEPITO, JR.
STATE MARSHAL
HARTFORD COUNTY



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4421 8248 7358 26

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

State Marshal's Office
69 Walnut Street
P.O. Box 305
New Britain, CT 06050-0305
**PLEASE RETURN AFTER 7 DAYS**

50-030505

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joshua Transportation, LLC
7211 Royal Fern Circle, Apt. 304
Manassas, VA 20111

9590 9402 4421 8248 7358 26

2. Article Number (Transfer from service label)

7017 1000 0000 2875 1263

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X 

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Ingrid Paredes

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ☐ Mail Restricted Delivery
   ☐ ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT C

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

*Instructions — See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date |
| --- |
| Dec-25-2018 |
| Docket number |
| FBT-CV-18-6081512-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**GREEN, ELIZABETH v. JOSHUA TRANSPORTATION, LLC Et Al**

| ☒ | ☐ | ☐ | ☐ | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |
| Judicial District | Housing Session | Small Claims | Geographic Area number | **1061 MAIN STREET BRIDGEPORT, CT 06604** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | | | | Juris number of attorney or firm |
| --- | --- | --- | --- | --- |
| **MORRISON MAHONEY LLP** | | | | **404459** |

| Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | | | Post office box | Telephone number *(Area code first)* |
| --- | --- | --- | --- | --- |
| **ONE CONSTITUTION PLAZA 10TH FLOOR** | | | | **860-616-4441** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| **HARTFORD** | **CT** | **06103** | **860-244-3800** | **ghall@morrisonmahoney.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☐ Yes | ☒ No |
| --- | --- | --- |

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| ▶ 414750 | **GINA MARIE HALL** | **Dec 21 2018** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 21 2018**     to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| **DELUCIA & LEVINE LLC - 1875 PARK AVENUE/BRIDGEPORT, CT 06604** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number | |
| --- | --- | --- | --- | --- |
| ▶ 414750 | **GINA MARIE HALL** | **Dec 21 2018** | **860-616-4441** | |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for FBT-CV-18-6081512-S

Submitted By MORRISON MAHONEY LLP (404459)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 JOSHUA TRANSPORTATION, LLC

Pty# D-02 MARCELO ZAPATA

***** End of Party List *****

# EXHIBIT D





### State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm: MORRISON MAHONEY LLP (404459)**          **E-Mail: kcunningham@morrisonmahoney.com**   Logout

**Hide Instructions**                        **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

> Print This Page

## Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | FBT-CV-18-6081512-S |
| **Case Name:** | GREEN, ELIZABETH v. JOSHUA TRANSPORTATION, LLC Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jan-10-2019 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 104.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, January 10, 2019 11:21:41 AM |

> E-File Another Pleading/Motion/Other document on this Case

> Return to Civil / Family Menu          Return to Case Detail

Copyright © 2019, State of Connecticut Judicial Branch